**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Fabian Leonte

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-08-468 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER DROPPING |
| ) | MATTER FROM CALENDAR AND |
| vs. ) | CONFIRMING THE TRIAL |
| ) | CONFIRMATION HEARING |
| ) | |
| FABIAN LEONTE, ) | Date: May 6, 2110 |
| ) | Time: 9:00 AM |
| ) | Court: MCE |
| Defendant ) | |

The defendant set forth above is charged with mail fraud and making false statements in a loan application. Trial Confirmation has been previously set for May 6, 2010 and a jury trial has also been previously scheduled for June 7, 2010.

It is agreed between the parties that the status conference, scheduled for December 3, 2009 may be dropped from calendar, and that the trial confirmation date of May 6, 2010 shall be confirmed.

-1-

1  The parties further stipulate that time up to June 7, 2010,
2 the date scheduled for jury trial, shall be excluded pursuant to
3 Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local
4 Codes T2 and T4) due to complexity of the case and in the
5 interest of justice to allow the defense time to further prepare
6 for trial and negotiate resolution, if possible.
7  I declare under penalty of perjury that the foregoing is
8 true and correct.
9  Signed at Sacramento, California on December 2, 2009.

10

11

12          /S/MICHAEL B. BIGELOW
          Michael B. Bigelow
13          Attorney for Defendant, Fabian Leonte

14
**STIPULATION**

15  It is hereby stipulated by and between the parties through
16 their respective counsel that the status conference in the
17 above-entitled case presently set for Thursday, December 3,
18 2009, shall be dropped from the calendar and that the trial
19 confirmation hearing date of May 6, 2010 shall be confirmed.
20  The parties further stipulate that time shall be excluded
21 pursuant to Speedy Trial Act, 18 U.S.C. Section
22 3161(h)(7)(B)(ii) & (iv) (Local Codes T2 and T4) through June 7,
23 2009, due to complexity of the case and in the interest of
24

25

justice to allow the defense time to further prepare for trial and negotiate resolution, if possible.

/S/ MATHEW STEGMAN Esq.                     December 2, 2009
Mathew Stegman,
Assistant United States Attorney
Counsel the United States

/S/ MICHAEL BRADY BIGELOW, Esq.             December 2, 2009
Michael B. Bigelow
Counsel for Leonte Fabian

**ORDER**

**GOOD CAUSE APPEARING** and upon the stipulation of the parties,

**IT IS HEREBY ORDERED** that the status conference in the above entitled case, presently scheduled for Thursday, December 3, 2009 be dropped from the calendar and that the trial confirmation hearing scheduled for May 6, 2010 shall be confirmed.

It is further ordered that time be excluded through June 7, 2110 pursuant to the Speedy Trial Act exclusion sections set forth in the stipulation above.

DATED: December 4, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE