**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
FABIAN LEONTE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-08-00468–MCE |
| PLAINTIFF, ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. ) | |
| FABIAN LEONTE, et al., ) | |
| DEFENDANTS. ) | |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), Defendant, FABIAN LEONTE, hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trail proceeding in this cause, including, but not limited to, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, setting of trial, trial, impanelment of jury and imposition of sentence. Defendant, FABIAN LEONTE, hereby requests the court to proceed during every absence of him which the court may permit pursuant to this waiver; he agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant FABIAN LEONTE, were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

///

1

Defendant, FABIAN LEONTE, further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 ( Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant FABIAN LEONTE, being present and agrees to waive any and all time under both the Sixth Amendment to the Federal Constitution and the Speedy Trial Act regarding his rights to a speedy public jury trial.

DATED: September 22, 2010

/s/ FABIAN LEONTE
_____

FABIAN LEONTE

Signed original in attorney's file

I concur in Mr. Leonte's decision to waive his personal appearance at future pre-trial proceedings.

DATED: September 22, 2010

/s/ JAMES R. GREINER
_____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT FABIAN LEONTE

FOR GOOD CAUSE, IT IS SO ORDERED.

Dated: September 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE