UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 7, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>FABIAN LEONTE, )<br><br>Defendant. ) | CASE NUMBER: 2:08-cr-00468-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Fabian Leonte; Case 2:08-cr-00468 from custody for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

\_\_   Unsecured Appearance Bond in the amount of $

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

X   (Other) Time Served.

Issued at Sacramento, CA on 6/7/12 at 3:18 p.m.

By _____

Kimberly J. Mueller
United States District Judge